AO 91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

-vs-

Rafael Figueroa and Wilma Garcia

# CRIMINAL COMPLAINT

CASE NUMBER: 3:06- MJ- 36

I, Michael T. Baumgardner, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**Count 1**: On or about    March 3, 2006 in Lackawanna County, in the Middle District of Pennsylvania, the defendant, ***Rafael Figueroa***, did knowingly, intentionally and unlawfully possess with intent to distribute, and did distribute heroin and cocaine base (crack), a Scheduled controlled substance, in violation of Title 21, United States Code, Section 841 (a) (1).

**Count 2**: On or about    March 3, 2006 in Lackawanna County, in the Middle District of Pennsylvania, the defendant, ***Wilma Garcia***, did knowingly, intentionally and unlawfully possess with intent to distribute, and did distribute heroin, a Scheduled controlled substance, in violation of Title 21, United States Code, Section 841 (a) (1).

I further state that I am a Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

## SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.  _X_ Yes   __ No

_____
Signature of Complainant

Sworn to before me, and subscribed in my presence

3/14/06
Date

at

Scranton PA
City and State

THOMAS M. BLEWITT. U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer